# United States Bankruptcy Court
## of the
## Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re: JAMES L. DAY & CYNTHIA M. DAY  Case Number: 08-71560
3016 - 7TH STREET  SSN-xxx-xx-1640 & xxx-xx-6092
ROCKFORD, IL  61109

Case filed on: 5/20/2008
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $276.96    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | GE MONEY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JAMES L. DAY | 0.00 | 0.00 | 276.96 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 276.96 | 0.00 |
| 001 | BACHRODT MOTORS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | CITIZENS FINANCE | 3,988.51 | 3,988.51 | 0.00 | 0.00 |
| 003 | ACCOUNTS RECOVERY SERVICE | 322.49 | 322.49 | 0.00 | 0.00 |
| 004 | ACCOUNTS RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ACCU CHEK | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | AMERICAS RECOVERY NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ASSET ACCEPTANCE CORP | 314.80 | 314.80 | 0.00 | 0.00 |
| 010 | ATTORNEY TERRY HOSS & | 254.00 | 254.00 | 0.00 | 0.00 |
| 011 | ASSOCIATED COLLECTORS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | BUREAU OF COLLECTION RECOVERY, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | C.B. ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CAPITAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | COTTONWOOD FINANCIAL | 1,143.00 | 1,143.00 | 0.00 | 0.00 |
| 017 | CB OF JONESBORO COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CCB CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | CENTRAL FINANCE CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CERTEGY CHECK SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | COMED CO | 1,170.04 | 1,170.04 | 0.00 | 0.00 |
| 022 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ELAN FINANCIAL SERVICES | 3,775.98 | 3,775.98 | 0.00 | 0.00 |
| 025 | PREMIER BANKCARD/CHARTER | 404.27 | 404.27 | 0.00 | 0.00 |
| 026 | HARVARD COLLECTION SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | HUNTER WARFIELD INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | LVNV FUNDING LLC | 706.94 | 706.94 | 0.00 | 0.00 |
| 029 | MERRICK BANK | 902.21 | 902.21 | 0.00 | 0.00 |
| 030 | JEFFERSON CAPITAL SYSTEMS, LLC | 816.05 | 816.05 | 0.00 | 0.00 |
| 031 | MUTUAL MANAGEMENT SERVICES | 1,340.96 | 1,340.96 | 0.00 | 0.00 |
| 032 | NATIONAL ACCOUNT ADJUSTERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | NICOR GAS COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | ORTHOPEDIC ASSOC. OF N.IL. | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | OSF ST. ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | ASSET ACCEPTANCE CORP | 1,761.51 | 1,761.51 | 0.00 | 0.00 |
| 038 | PCM | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | PROFESSIONAL PLACEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | REDLINE RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | ROCKFORD RADIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | T-MOBILE BANKRUPTCY & INFORMATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | THE AFFILATED GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | ROUNDUP FUNDING LLC | 573.75 | 573.75 | 0.00 | 0.00 |
| 046 | ROUNDUP FUNDING LLC | 482.00 | 482.00 | 0.00 | 0.00 |
| 048 | PREMIER BANKCARD/CHARTER | 532.41 | 532.41 | 0.00 | 0.00 |
| 049 | LVNV FUNDING LLC | 1,248.99 | 1,248.99 | 0.00 | 0.00 |
| 050 | LVNV FUNDING LLC | 1,017.34 | 1,017.34 | 0.00 | 0.00 |
|  | Total Unsecured | 20,755.25 | 20,755.25 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

|  | Grand Total: | 20,755.25 | 20,755.25 | 276.96 | 0.00 |

Total Paid Claimant: $276.96
Trustee Allowance: $0.00
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 10/30/2008                    By  /s/Heather M. Fagan